UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Adam Hedrick,<br><br>      Plaintiff,<br>v.<br>Experian Information Solutions, Inc., Trans Union LLC, and Equifax Information Services, LLC,<br><br>      Defendants. | Case No.: 3:23-cv-0803<br><br>District Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair Newbern<br><br>**JOINT REPORT REGARDING ATTEMPTS TO RESOLVE CASE** |

Pursuant to the Court's Scheduling Order (Dkt. 30), Plaintiff Adam Hedrick and Defendants Experian Information Solutions, Inc. ("Experian") and Trans Union LLC ("Trans Union") (collectively the "Parties") hereby submit the following joint report regarding attempts to resolve the case.[1]

Defendant Trans Union served an Offer of Judgement to Plaintiff. Plaintiff is reviewing the offer and will notify the Court if he accepts it.

In September 2023 Plaintiff provided Experian an initial settlement offer including Plaintiff's position. Experian provided a counteroffer on February 5, 2024. Plaintiff provided a counteroffer on February 6, 2024 but has not heard back from Experian. At this time, the parties are still working toward a mutual resolution.

Plaintiff and Experian have served written discovery requests and respective responses. Plaintiff intends to proceed with a 30(b)(6) deposition of Defendant Experian and begin third-

---

[1] Plaintiff and Defendant Equifax Information Services, LLC have settled (Dkt. 36) and anticipate filing the appropriate dismissal documents prior to the deadline imposed by the Court at Dkt. 37.

party discovery. Experian intends to depose Plaintiff, and likewise proceed with third-party discovery.

Respectfully submitted this 23rd day of February 2024,

*/s/Jenna Dakroub*
Jenna Dakroub, MN #0401650
(Admitted *pro hac vice*)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

Christopher Kim Thompson Bar # 015895
**Thompson Law**
4525 Harding Pike, Suite 203
Nashville, TN 37205
Telephone: 615-832-2335
Email: kim@thompsonslawoffice.com

*Attorneys for Plaintiff,*
*Adam Hedrick*

*/s/ Scott E. Brady*
Scott E. Brady, Esq.
(admitted Pro Hac Vice)
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 602
Fax:  (317) 899-9348
E-Mail:   sbrady@qslwm.com

*Counsel for Defendant*
*Trans Union LLC*

*/s/ Vito R. Giannola*
Vito R. Giannola
(admitted Pro Hac Vice)
vgiannola@jonesday.com
Jones Day
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-7410

Erin Palmer Polly
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, TN 37203
615-780-6733
Fax: 615-780-6799
Email: Erin.Polly@klgates.com

*Counsel for Experian Information Solutions, Inc.*