UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Adam Hedrick,<br><br>　　　　Plaintiff,<br>v.<br>Experian Information Solutions, Inc., Trans Union LLC, and Equifax Information Services, LLC,<br><br>　　　　Defendants. | Case No.: 3:23-cv-0803<br><br>District Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair Newbern<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

Plaintiff Adam Hedrick hereby notifies the Court of acceptance of Defendant Trans Union LLC's Offer of Judgment. A copy of the Offer is attached.

Copies of the referenced documents have been electronically filed with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

Date: February 26, 2024

*/s/ Jenna Dakroub*
Jenna Dakroub, MN #0401650
(Admitted *Pro Hac Vice*)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

Christopher Kim Thompson Bar # 015895
**Thompson Law**
4525 Harding Pike, Suite 203
Nashville, TN 37205
Telephone: 615-832-2335
Email: kim@thompsonslawoffice.com

*Attorneys for Plaintiff*
*Adam Hedrick*

1