IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM HEDRICK, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Case No. 3:23-cv-00803 |
| v. | ) |
| | ) Chief Judge Waverly D. Crenshaw, Jr. |
| EXPERIAN INFORMATION | ) Magistrate Judge Alistair Newbern |
| SOLUTIONS, INC., TRANS UNION LLC, | ) |
| and EQUIFAX INFORMATION | ) |
| SERVICES, LLC., | ) |
| | ) |
|    Defendants. | ) |

## ENTRY OF JUDGMENT AS TO DEFENDANT TRANS UNION, LLC

On February 26, 2024, Plaintiff Adam Hedrick filed a Notice of Acceptance of Offer of Judgment. (Doc. No. 52). Pursuant to Federal Rule of Civil Procedure 68 and the terms of Defendant Trans Union, LLC's Offer of Judgment (Doc. No. 52-1 at PageID # 306-307), the Clerk hereby enters judgment in favor of Plaintiff and against Defendant Trans Union, LLC in the amount of $25,000.00, inclusive of Plaintiff's costs and attorneys' fees.

                                                    s/ Lynda M. Hill
                                                    Lynda M. Hill
                                                    Clerk of Court