# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Adam Hedrick,<br><br>      Plaintiff,<br>v.<br>Experian Information Solutions, Inc., Trans Union LLC, and Equifax Information Services, LLC,<br><br>      Defendants. | Case No.: 3:23-cv-0803<br><br>District Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair Newbern<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Adam Hedrick and Defendant Experian Information Solutions, Inc. ("Experian"), have resolved the claims between them in this matter.

The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

///

| | |
|---|---|
| Date: March 12, 2024 | */s/ Jenna Dakroub*<br>Jenna Dakroub, MN #0401650<br>(Admitted *Pro Hac Vice*)<br>**CONSUMER ATTORNEYS**<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>T: (602) 807-1525<br>F: (718) 715-1750<br>E: jdakroub@consumerattorneys.com<br><br>Christopher Kim Thompson Bar # 015895<br>**Thompson Law**<br>4525 Harding Pike, Suite 203<br>Nashville, TN 37205<br>Telephone: 615-832-2335<br>Email: kim@thompsonslawoffice.com<br><br>*Attorneys for Plaintiff,*<br>*Adam Hedrick* |