UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM HEDRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:23-cv-00803 |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Adam Hedrick and Defendant Experian Information Solutions, Inc., have filed a Stipulation of Dismissal with Prejudice (Doc. No. 60). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE